IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| AND | ) |
| | ) |
| THE STATE OF INDIANA, | ) |
| | ) |
| PLAINTIFFS, | ) |
| | ) |
| v. | ) Civ. Action No.: 1:10-cv-0935-LJM-TAB |
| | ) |
| HOOSIER ENERGY RURAL | ) |
| ELECTRIC COOPERATIVE, INC. | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER ENTERING CONSENT DECREE

Upon motion of Plaintiff, the United States of America, IT IS HEREBY ORDERED that the United States' motion is granted, and that the Consent Decree lodged by the United States AS Docket Entry No. 4-1, is ENTERED.

IT IS SO ORDERED   11/04/2010

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

**Distribution List:**

Thomas E. Kieper, U.S. Attorneys Office, tom.kieper@usdoj.gov, lin.montigney@usdoj.gov, pearlie.wadlington@usdoj.gov

Gregory F. Zoeller, State Of Indiana jleisher@atg.state.in.us

Jason A. Dunn, U.S. Department of Justice jason.dunn@usdoj.gov

Justin Barrett, Indiana Attorney General's Office, Indiana Government Center South, 5th Floor, 302 West Washington Street, Indianapolis, IN 46204

John M. Holloway, III, Esq.,  Elizabeth C. Williamson, Esq., Winston and Strawn LLP, 1700 K Street, N.W., Washington, D.C. 20006-3817